IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| vs. | ) | 1:21CR00059-1 |
| | ) | |
| Jimmy Roberson | ) | |

## ORDER

On June 6, 2006, Jimmy Roberson appeared before the Honorable Beverly B. Martin, United States District Judge, Northern District of Georgia, and was sentenced, after pleading guilty to the offenses of robbery and use of a firearm during a crime of violence. Roberson received a sentence of 262 months imprisonment, followed by 3 years supervised release. Roberson was also ordered to pay a $200 special assessment. On February 18, 2021, Roberson's custodial term was reduced to time served pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). On August 19, 2021, jurisdiction of Roberson's case was transferred to the Southern District of Georgia.

On January 18, 2022, the probation officer submitted a petition to show cause why Roberson's term of supervised release should be revoked. The petition alleged Roberson failed to refrain from any unlawful use of a controlled substance; committed a new crime (driving under the influence); left the judicial district without the permission of the court or the probation officer; and failed to notify the probation officer within 72 hours of any change in residence or employment on three separate occasions.

On April 12, 2022, a final revocation hearing was held to address the violations outlined in the petition. Roberson, through his attorney, stipulated to the violations outlined in the petition. Based on Roberson's stipulation to the alleged violations, the Court found sufficient evidence to support revocation. However, the Court decided not to make a ruling on Roberson's case at that time and ordered the revocation hearing be held in recess until September 12, 2022, at 10:00 a.m.

While in recess, the Court directed Roberson be continued on supervised release with all conditions of supervision previously imposed by the Court on June 6, 2006, remaining in full force and effect. The Court also ordered Roberson to continue participation in mental health treatment through Serenity Behavioral Health Services as instructed and scheduled; continue to take mental health medication as prescribed by his physician or through Serenity Behavioral Health Services; and enroll in an inpatient/residential treatment program for mental health and abide by all the rules and conditions of the program.

On August 17, 2022, an addendum to the petition was filed, based on Roberson testing positive for cocaine, methamphetamine, and marihuana on August 16, 2022.

On September 12, 2022, the Court reconvened the final revocation hearing and addressed the violation outlined in the addendum to the petition. Roberson, through his attorney, stipulated to the violation outlined in the addendum to the petition. Based on Roberson's stipulation to all alleged violations, the Court found sufficient evidence to support revocation.

However, after careful consideration of the facts of this case and, after hearing from the government, defense counsel, and probation officer, the Court orders, Roberson's supervised release term to be terminated effective immediately.

**SO ORDERED**, this 12th day of September, 2022.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA